VAN HOOK *v.* UNITED STATES.

No. 705.   Decided March 27, 1961.

*Francis Heisler* for petitioner.

*Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is reversed and the case remanded for resentencing in compliance with Rule 32 of the Federal Rules of Criminal Procedure.   *Green* v. *United States,* 365 U. S. 301.

HITCHCOCK *v.* ARIZONA.

No. 718, Misc.   Decided March 27, 1961.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.